**LTL ATTORNEYS LLP**
David W. Ammons (SBN 187168)
  david.ammons@ltlattorneys.com
Tiffany S. Hansen (SBN 292850)
  tiffany.hansen@ltlattorneys.com
300 S. Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel:   (213) 612-8900
Fax:   (213) 612-3773

Attorneys for Defendant
Walmart, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PAUL CROTTS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.:  5:21-cv-21-299<br><br>[Removed from the Superior Court of California, County of San Bernardino, Case No. CIVSB2026947]<br><br>**DECLARATION OF TIFFANY S. HANSEN IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**<br><br>Action Filed:   December 28, 2020<br>Removal Date:  February 22, 2021<br>Trial Date:     None Set |

---

I, Tiffany S. Hansen, declare the following:

1. I am an attorney at the law firm of LTL Attorneys LLP, counsel of record for Defendant Walmart, Inc. ("Walmart") in the above-referenced action. I have personal knowledge of each fact set forth in this declaration and if called as a witness, I could and would testify competently under oath thereto.

4. Attached hereto as **Exhibit 1** is a true and accurate copy of the Statement of Information filed by Walmart with the Secretary of State of the State of California on September 28, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of February 2022, in San Rafael, California.

/s/___*Tiffany S. Hansen*____
Tiffany S. Hansen

---

1
DECLARATION OF TIFFANY S. HANSEN ISO
DEFENDANT'S NOTICE OF REMOVAL