# Exhibit 1

 **California Secretary of State**
Electronic Filing



## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | WAL-MART ASSOCIATES, INC. |
| Entity (File) Number: | C1990849 |
| File Date: | 09/28/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GJ79284 |

**Detailed Filing Information**

1. Entity Name: WAL-MART ASSOCIATES, INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
   
   b. Mailing Address:
   702 SW 8th Street
   Bentonville, Arkansas 72716
   United States of America
   
   c. Street Address of Principal Executive Office:
   702 SW 8th Street
   Bentonville, Arkansas 72716
   United States of America

3. Officers:
   a. Chief Executive Officer:
   Scott Schmidit
   702 SW 8th Street
   Bentonville, Arkansas 72716
   United States of America
   
   b. Secretary:
   Gordon Y. Allison
   702 SW 8th Street
   Bentonville, Arkansas 72716
   United States of America

Document ID: GJ79284

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*



# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

        Matthew Allen
        702 SW 8th Street
        Bentonville, Arkansas 72716
        United States of America

4.  Director:        Not Applicable

    Number of Vacancies on the Board of Directors:    Not Applicable

5.  Agent for Service of Process:    C T CORPORATION SYSTEM (C0168406)

6.  Type of Business:    Business Services

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Kelly Lettmann

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GJ79284

State of Delaware

Office of the Secretary of State

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "WAL-MART ASSOCIATES, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE SIXTEENTH DAY OF SEPTEMBER, A.D. 1996.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.





Edward J. Freel, Secretary of State

2658795   8300

960267706

AUTHENTICATION: 8105221

DATE: 09-16-96

# WAL★MART

WAL★MART STORES, INC.
702 S.W. 8TH STREET
BENTONVILLE, AR 72716-8095
PHONE: 501-273-4505
FAX: 501-273-8650

---

## CONSENT TO USE OF NAME

Wal-Mart Stores, Inc., a corporation organized under the laws of the State of Delaware, hereby consents to the qualification of Wal-Mart Associates, Inc. in this state.

IN WITNESS WHEREOF, the said Wal-Mart Stores, Inc. has caused this consent to be executed by its SENIOR VICE PRESIDENT and attested by its ASSISTANT SECRETARY, this 20th day of September, 1996.

WAL-MART STORES, INC.

By _____
Robert K. Rhoads, Senior Vice President

Attest:

_____
Allison Garrett, Assistant Secretary

Subscribed and sworn to before me, a Notary Public within and for the County of Benton this 23rd day of September, 1996.

My Commission expires: 7/1/00

_____
Notary Public
Karen Demory