Jihad M. Smaili [262219]
Stephen D. Counts [231348]
**SMAILI & ASSOCIATES, PC**
600 W. Santa Ana Blvd., Suite 202
Santa Ana, California 92701
714-547-4700
714-547-4710 (facsimile)
Attorneys for Plaintiff

David W. Ammons [187168]
**LTL ATTORNEYS LLP**
300 S. Grand Avenue, 14th Floor
Los Angeles, CA 90071
 (213) 612-8900
(213) 612-3773 (facsimile)
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CROTTS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>Defendants. | **Case No.: 5:21-cv-00299-JGB-SHK**<br>Assigned for all purposes to the<br>Hon. Jesus G. Bernal<br><br>**PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41**<br><br>Final Pre-Trial Conference:  October 3, 2022<br><br>Trial Date:                October 18, 2022 |

**PARTIES' JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41**
1

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

The Parties stipulate, in consideration of a negotiated resolution between them, including an agreement that each party shall bear its own costs and fees, to the dismissal of this entire action with prejudice as against all parties without any court award of costs or attorneys' fees, pursuant to Federal Rule of Civil Procedure Rule 41(a)(A)(ii) and Rule 41(a)(B).

Dated: April 28, 2022                           **SMAILI & ASSOCIATES, P.C.**

                                                By: __/s/Jihad M. Smaili_____
                                                    Jihad M. Smaili, Esq.
                                                    Stephen D. Counts, Esq.
                                                    Attorneys for Plaintiffs

Dated: April 28, 2022                           **LTL ATTORNEYS LLP**

                                                By: _/s/ David W, Ammons_
                                                    David W. Ammons, Esq.
                                                    Attorneys for Defendants

I hereby attest that all signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 28, 2022                           **LTL ATTORNEYS LLP**

                                                By: _/s/ David W, Ammons_
                                                    David W. Ammons, Esq.
                                                    Attorneys for Defendants